## 64657. NIXON v. ST. PAUL FIRE & MARINE INSURANCE COMPANY.

McMURRAY, Chief Judge.

The Supreme Court in *St. Paul Fire & Marine Ins. Co. v. Nixon*, 252 Ga. 469 (314 SE2d 215) having reversed our judgment in *Nixon v. St. Paul Fire & Marine Ins. Co.*, 166 Ga. App. 38 (303 SE2d 158), that opinion and judgment is hereby vacated and set aside. In that case, in which we followed *Flewellen v. Atlanta Cas. Co.*, 250 Ga. 709 (300 SE2d 673), we reversed the trial court. Based upon the opinion of the Supreme Court in *St. Paul Fire & Marine Ins. Co. v. Nixon*, 252 Ga. 469, supra, we now affirm the judgment of the trial court.

*Judgment affirmed. Banke, P. J., and Birdsong, J., concur.*

DECIDED JUNE 20, 1984.

*Charles A. Mullinax*, for appellant.
*H. Andrew Owen, Jr., Perry A. Phillips*, for appellee.
*John R. Rogers, James E. Butler, Jr., Alfred L. Allgood, Andrew W. Estes, Don C. Keenan, Lamar W. Sizemore, Jr., William S. Stone, Charles A. Wiley, Jr., Donald M. Fain*, amici curiae.